# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

_____

NATIONAL POSTAL MAIL HANDLERS       :
UNION, A DIVISION OF THE            :   CIVIL ACTION NO:
LABORERS' INTERNATIONAL UNION       :
OF NORTH AMERICA, AFL-CIO           :
1101 Connecticut Avenue, NW, Suite 500 :
Washington, DC 20036,               :
                                    :
and                                 :
                                    :
LOCAL 308, NATIONAL POSTAL MAIL     :
HANDLERS UNION                      :
5301 Tacony Street                  :
Philadelphia, PA 19137,             :
                                    :
                    Plaintiffs,     :
                                    :
v.                                  :
                                    :
UNITED STATES POSTAL SERVICE        :
475 L'Enfant Plaza, SW              :
Washington, DC 20260,               :
                                    :
                    Defendant.      :
_____

## COMPLAINT TO VACATE AN ARBITRATION AWARD

1.      This is an action brought, under 39 U.S.C. § 1208(b), by the National Postal Mail Handlers Union, a Division of the Laborers' International Union of North America, AFL-CIO ("NPMHU") and its Local 308 headquartered in Philadelphia, PA for breach of a collective bargaining agreement between the NPMHU and the United States Postal Service ("Postal Service").  By this action, the Unions seek to vacate the award of Arbitrator Stephen D. Owens ("Arbitrator Owens") in Case C06M-1C-C 08351723 ("Arbitration Award"), on the ground that

1

in issuing the award, Arbitrator Owens did not draw the essence of his award from the agreements in place between the parties.

**JURISDICTION AND VENUE**

2.      This Court has jurisdiction over the parties under 39 U.S.C. §§ 409 and 1208(b), and under 28 U.S.C. §§ 1331, 1337, 2201, and 2202.

3.      Venue is proper pursuant to 39 U.S.C. § 1208(b) and 28 U.S.C. § 1391(b).

**PARTIES**

4.      Plaintiff NPMHU is an unincorporated labor organization with its offices at 1101 Connecticut Avenue, N.W., Suite 500, Washington, DC 20036.  The NPMHU is party to a collective bargaining agreement with the Postal Service and represents, for purposes of collective bargaining, approximately 45,000 employees of the Postal Service in the mail handler craft nationwide.

5.      Plaintiff Local 308 of the National Postal Mail Handlers Union ("Local 308") is an unincorporated labor organization with its offices at 5301 Tacony Street, Philadelphia, PA 19137.  Local 308 represents, for purposes of collective bargaining, approximately 2,200 employees of the Postal Service in the mail handler craft in Eastern Pennsylvania, the State of Delaware, and South Jersey.

6.      Defendant Postal Service is an independent establishment of the executive branch

of the United States Government, as provided by 39 U.S.C. § 201.  The Postal Service's headquarters are located at 475 L'Enfant Plaza, SW, Washington, DC 20260.

### CAUSE OF ACTION
### (Under 39 U.S.C. § 1208(b), For Breach of Contract)

7.   Plaintiffs bring this action to vacate an arbitration award pursuant to 39 U.S.C. § 1208(b), which permits suits for breach of contract.  The statute implicitly grants federal courts the power to review labor arbitration awards with the Postal Service.  See, e.g., *American Postal Workers' Union v. U.S. Postal Serv.*, 646 F. Supp. 2d 1, 3 (D.D.C. 2009).

8.   The NPMHU and the Postal Service are parties to the national collective bargaining agreement ("National Agreement") as well as the Contract Interpretation Manual ("Interpretation Manual") for said agreement.  Relevant excerpts from both the National Agreement and the Interpretation Manual are attached hereto as Exhibits A and B, respectively.

9.   In the Arbitration Award, Arbitrator Owens improperly held that the NPMHU's grievance was not timely and thus the underlying merits of the grievance were not subject to his review.  A true and correct copy of the Arbitration Award is attached hereto as Exhibit C.

10.   In so holding, Arbitrator Owens ignored certain provisions of the National Agreement and the Interpretation Manual.

11.   Article 15.3B of the National Agreement and Article 15 of the Interpretation

Manual reference the obligations of the Postal Service to raise any issue of timeliness at certain times in the grievance procedure.

12. Both the National Agreement and the Interpretation Manual state that the Postal Service waives any procedural timeliness objection if said objection is not timely raised.

13. It was undisputed by the Postal Service that the Postal Service did not timely raise its timeliness objection as required by Article 15.3B of the National Agreement and Article 15 of the Interpretation Manual.

14. It was recognized by Arbitrator Owens that the Postal Service did not raise its timeliness objection at the times required by Article 15.3B of the National Agreement and Article 15 of the Interpretation Manual.

15. Arbitrator Owens failed to find that the Postal Service's timeliness argument was waived despite the clear and unequivocal contractual requirements.

16. Without basis in the National Agreement or the Interpretation Manual, Arbitrator Owens excused the Postal Service's failure to raise its timeliness argument.

17. In so holding, Arbitrator Owens disregarded or modified unambiguous contract provisions by ignoring the plain language of the contract.

18. The contract was not susceptible to Arbitrator Owens' interpretation.

19. This Arbitration Award does not draw its essence from the parties' contract.

## PRAYER FOR RELIEF

WHEREFORE, the NPMHU and Local 308 ask this Court to vacate Arbitrator Owens' Arbitration Award in Case # C06M-1C-C 08351723, and to direct the parties to return to arbitration pursuant to the ordinary contractual process in order to present the merits of the underlying grievance for a decision by the arbitrator. The NPMHU and Local 308 further request that this Court grant any such other and further relief to which the NPMHU and its Local 308 may be entitled.

Respectfully submitted,

/s/ Bruce R. Lerner
Bruce R. Lerner (D.C. Bar No. 384757)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, NW, Suite 1000
Washington, DC  20005
Telephone:  (202) 842-2600
Facsimile:  (202) 842-1888

William Josem
Cassie R. Ehrenberg
Cleary, Josem & Trigiani LLP
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
Telephone:  (215) 735-9099
Facsimile:  (215) 640-3201

Dated:  October 16, 2013

5